# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, as Subrogee of Regions Financial Corporation, | ) ) ) ) ) |
| Plaintiff, | ) CIVIL ACTION FILE |
| | ) NO.: 15-313 |
| vs. | ) ) |
| DOSTER CONSTRUCTION COMPANY, and BRITT DEMOLITION AND RECYCLING, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT FOR DAMAGES

Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") files this Complaint against Defendants Doster Construction Company and Britt Demolition ("Defendants"), alleging as follows:

1.

This diversity action is within this Court's original jurisdiction under the provisions of 28 U.S.C. § 1332 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

2.

Venue is proper under 28 U.S.C. §§ 1391(b)(2), as this action has been brought within the judicial district in which a substantial part of the events giving rise to the claim occurred and in which a substantial part of property that is the subject of this action is situated.

3.

St. Paul is a Minnesota corporation which, at all times relevant to this Complaint, insured a building located at 113 Dauphin Street, Mobile, Alabama 36601 (the "Building").  The Building was held in trust by the insured on the St. Paul policy, Regions Financial Corporation ("Regions").

4.

Defendant Doster is an Alabama corporation which, on information and belief, maintains its principal place of business at 2100 International Park Drive, Birmingham, Alabama  35243.  Its registered agent for service of process is CT Corporation System, which may be served with a copy of this Complaint at 2 N. Jackson Street, Suite 605, Montgomery, Alabama  36104.

5.

Defendant Britt is an Alabama corporation which, on information and belief, maintains its principal place of business at 8861 U.S. Highway 31, Hanceville, Alabama  35077.  Its registered agent for service of process is William Thomas

Britt, who may be served with a copy of this Complaint at 8861 U.S. Highway 31, Hanceville, Alabama  35077.

6.

In July 2013, Defendants conducted demolition work and blasting operations on a property adjacent to the Building.

7.

As a result of Defendants' actions and demolition activities, the Building suffered extensive structural damage in excess of $150,000.00.  Specifically, the east party/common wall between the Building and the building next door, at 111 Dauphin Street, was displaced eastward, causing the Building to become structurally unstable.

8.

The displacement of the east party/common wall between the Building and 111 Dauphin Street resulted in destabilization of the Building.

9.

The tenants that were leasing space in the Building vacated.

10.

Defendants owed a duty to Regions to exercise ordinary care in conducting their demolition activities so as not to damage the Building.

11.

Defendants and/or their employees failed to exercise ordinary care by conducting unreasonably dangerous and destructive demolition activities.

12.

The resulting damage suffered by Regions and St. Paul was proximately caused by the above-mentioned negligent acts and omissions of Defendants and/or their employees.

13.

Defendants are vicariously liable for the negligent acts of their employees.

14.

The Building suffered damages in excess of $150,000.00 as a result of Defendant's negligence.  St. Paul paid its insured, Regions, $150,000.00, which was its policy limit of insurance applicable to the loss.  St. Paul is therefore subrogated to the rights of, and "stands in the shoes" of, Regions for purposes of asserting this claim against the Defendants.  Defendants are therefore jointly and severally liable to St. Paul, as subrogee, for all damages proximately caused by their negligence in the amount of $150,000.00.

WHEREFORE, St. Paul prays for the following relief:

a. A judgment in favor of St. Paul and against Defendants for $150,000.00;

b.  Costs and interest; and

c.  Such other and further relief as this Court deems just and proper.

Respectfully submitted, this 17th day of June, 2015.

/s *Christina May Bolin*
HELEN JOHNSON ALFORD (ALFOH6955)
E-mail:  halford@alfordbolin.com
CHRISTINA MAY BOLIN (MAYCH6582)
E-Mail:  cbolin@alfordbolin.com
Attorneys for Plaintiff

OF COUNSEL:

ALFORD BOLIN, LLC
224 Dauphin Street
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)

**PLEASE SERVE DEFENDANTS AS FOLLOWS:**

**DOSTER CONSTRUCTION COMPANY**
Via its registered agent for service
c/o CT Corporation System,
N. Jackson Street, Suite 605
Montgomery, Alabama  36104

**BRITT DEMOLITION AND RECYCLING, INC.**
8861 U.S. Highway 31
Hanceville, Alabama  35077